IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES EDWARD TUCKER, Jr.,

      Plaintiff,                            No. CIV S-97-1114 LKK PAN P

      vs.

THOMAS MADDOCK, et al.,

      Defendants.                <u>ORDER</u>

_____/

      Plaintiff, a prisoner without counsel, sued in this court for alleged civil rights violations. *See* 42 U.S.C. § 1983. A jury trial was held on February 10, 11, 12 and 18, 2004, at the conclusion of which the jury returned a verdict in favor of the defendants. On February 19, 2004, judgment was entered in favor of the defendants. On March 22, 2004, plaintiff filed a notice of appeal, and on April 9, 2004, the court found that the appeal was not taken in good faith. Thus, plaintiff was not granted leave to proceed *in forma pauperis* on appeal. It appears that plaintiff was unable to pay the filing fee to appeal and that the case was dismissed for plaintiff's failure to prosecute. On November 7, 2007, plaintiff filed a letter requesting that the district judge call his wife to discuss how to resolve the problem of overcrowding in California's prisons. As stated, this matter is closed. Furthermore, the request is not one the court could grant in any event. The court will take no action on plaintiff's November 7, 2007, letter and will

1 issue no response to future filings not authorized by the civil or appellate procedural rules.

2 Dated: January 3, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE